# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-3125
_____

CHRISTOPHER MCQUAY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Levy County.
William Davis, Judge.

December 3, 2025

PER CURIAM.

Christopher McQuay appeals his dual convictions for possession of a firearm and ammunition by a convicted felon as a violation of double jeopardy. Taking account of the State's concession of error and the text of § 790.23(1), Florida Statutes (2022), we agree with McQuay's argument. *See State v. Whaley*, 70 So. 3d 654, 655 (Fla. 1st DCA 2011) (reversing and remanding with instructions that the State was limited to a single count of possession of either a firearm or ammunition by a convicted felon); *see also Bell v. State*, 122 So. 3d 958, 961 (Fla. 2d DCA 2013) (holding that defendant's dual convictions for felon in possession of ammunition and felon in possession of firearm violated double jeopardy); *Francis v. State*, 41 So. 3d 975, 977 (Fla. 5th DCA 2010)

(same). *Boyd v. State*, 17 So. 3d 812, 818 (Fla. 4th DCA 2009) (same).

We therefore REVERSE and REMAND with instructions to vacate one of the § 790.23(1) convictions and resentence accordingly.

OSTERHAUS, C.J., and LEWIS and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica Yeary, Public Defender, and Tyler Kemper Payne, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Ryan Roy, Assistant Attorney General, Tallahassee, for Appellee.